1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  60 South Market Street, Suite 1200
   San Jose, California 95113
5  Telephone: (408) 535-5087
   Email: michael.t.pyle@usdoj.gov
6
7  Attorneys for the United States of America
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11 IN RE: REQUEST FOR JUDICIAL          )  Case No.
   ASSISTANCE FROM SEOUL CENTRAL        )
12 DISTRICT COURT, REPUBLIC OF          )  **DECLARATION OF MICHAEL T. PYLE**
   KOREA                                )
13                                      )
                                        )
14                                      )
   _____ )
15

DECL. OF MICHAEL T. PYLE
Case No.

Pursuant to 28 U.S.C. § 1746, I, Michael T. Pyle, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California, counsel for the United States of America. The facts set forth in this declaration are based on documents and information I have received during the regular course of my duties.

2. I sent Google LLC ("Google") a letter dated January 15, 2026, by email, regarding a Letters of Request. A true and correct copy of this letter and the enclosed Letter of Request is attached as Exhibit 1 to my declaration. On February 2, 2026, I spoke with outside counsel for Google, Byron Tuyay of Baker & McKenzie LLP, who advised me that Google would require a subpoena and I said that I would send him a draft of a proposed order and subpoena for Google's approval.

3. I searched "Google LLC" on the California Secretary of State's website. Attached as Exhibit 2 to my declaration is a true and correct copy of the most recent Statement of Information filed by Google LLC. The document shows the company's address as 1600 Amphitheatre Parkway, Mountain View, CA 94043.

4. Mr. Tuyay has confirmed that the proposed order, subpoena, and application are acceptable to Google, and that while Google reserves all rights with respect to any response to any subpoena issued pursuant to this Application, Google does not object to the granting of the Application or the issuance of a subpoena pursuant to this Application in the first instance.

5. I have prepared a subpoena to serve on Google. A true and correct copy of the draft subpoena is attached as Exhibit 3 to my declaration. The exhibits 1 that I intend to attach to the subpoena would be the three pages in English titled "Items to Be Produced" that is contained in the Letter of Request. I have tried to narrowly tailor the subpoena by including language that the subpoena requests "documents sufficient to identify the anonymous posters to the specified YouTube video" rather than requesting all documents. I have also included language that Google should not produce any banking information since that information is not needed to identify the anonymous posters to the specified YouTube video.

DECL. OF MICHAEL T. PYLE
Case No.                                    1

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of February 2026.

/s/ Michael T. Pyle

_____
MICHAEL T. PYLE